AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

OKANOGAN COUNTY; et al.,

                    Plaintiffs,

                    v.

UNITED STATES OF AMERICA; et al.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-166-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' claims are dismissed pursuant to the Order Granting Defendants' Motion to Dismiss entered on December 14, 2010, Ct. Rec. 21.

December 14, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas